

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | No. 08-16-00318-CR |
|---|---|---|
| DANNY THOMAS MOLINA, | § | Appeal from the |
| Appellant, | § | 112th District Court |
| v. | § | of Upton County, Texas |
| THE STATE OF TEXAS, | § | (TC# 16-03-U1125-DSM) |
| State. | § | |
| | § | |

## **O R D E R**

The record before us does not contain the trial court's certification of the defendant's right of appeal. TEX.R.APP.P. 25.2(a)(2), (d). The trial court is ordered to prepare and file with the trial court clerk within thirty days from the date of this order a certification of the defendant's right of appeal as required by TEX.R.APP.P. 25.2(a)(2) and 25.2(d). The trial court clerk shall prepare a supplemental clerk's record containing the certification and file it with this Court no later than February 13, 2017.

IT IS SO ORDERED this 30th day of December, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.